1  Stephanie P. Skaff (State Bar No. 183119)
   sskaff@fbm.com
2  Ashleigh Nickerson (State Bar No. 331056)
   anickerson@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, California 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Vincent N. Barbera (*pro hac vice* pending
   barberav@whiteandwilliams.com
7  Justin Proper (*pro hac vice* pending)
   properj@whiteandwilliams.com
8  White and Williams LLP
   1650 Market Street
9  One Liberty Place, Suite 1800
   Philadelphia, PA 19103-7395
10 Telephone: (215) 864-7137
   Facsimile: (215) 789-7595
11
   Attorneys for Defendants
12 STAR MAGIC and SHLOMO AYAL

13                UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16 TANGLE, INC.; RICHARD X. ZAWITZ,          Case No. 4:20-cv-07121 DMR

17              Plaintiffs,                   **[PROPOSED] ORDER GRANTING
                                             DEFENDANTS' MOTION TO DISMISS
18        vs.                                PLAINTIFFS' COMPLAINT**

19 STAR MAGIC; SHLOMO AYAL,                  Date:     February 25, 2021
                                             Time:     1:00 p.m.
20              Defendants.                   Crtrm:  4
                                             Magistrate Judge Donna M. Ryu
21
                                             Trial Date:  TBD
22

23

24

25

26

27

28
   [PROPOSED] ORDER GRANTING                              39741\13876213.1
   DEFENDANTS' MOTION TO DISMISS
   PLAINTIFFS' COMPLAINT - Case No. 4:20-cv-
   07121 DMR

1    Defendants Star Magic's and Shlomo Ayal's Motion to Dismiss coming before this Court,

2  and upon consideration of Plaintiffs' opposition thereto, and for good cause appearing,

3    IT IS HEREBY ORDERED that, pursuant to Fed. R. Civ. P. 12(b)(2), Defendants' Motion

4  is GRANTED and Plaintiffs' Complaint is hereby DISMISSED, WITH PREJUDICE.

5

6

7  DATED: _____, 2021

8

9                                          _____
                                           Hon. Donna M. Ryu

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' COMPLAINT - Case No. 4:20-cv-
07121 DMR

2

39741\13876213.1