Stephanie P. Skaff (State Bar No. 183119)
sskaff@fbm.com
Ashleigh Nickerson (State Bar No. 331056)
anickerson@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Vincent N. Barbera (admitted *pro hac vice*)
barberav@whiteandwilliams.com
Justin Proper (admitted *pro hac vice*)
properj@whiteandwilliams.com
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
Telephone: (215) 864-7137
Facsimile: (215) 789-7595

Attorneys for Defendants
STAR MAGIC and SHLOMO AYAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TANGLE, INC.; RICHARD X. ZAWITZ,<br><br>Plaintiffs,<br><br>vs.<br><br>STAR MAGIC; SHLOMO AYAL,<br><br>Defendants. | Case No. 4:20-cv-07121 DMR<br><br>**JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:     March 3, 2021<br>Time:    1:30 p.m.<br>Courtroom 4, Oakland<br>The Hon. Donna M. Ryu |

      Defendants have filed a Motion to Dismiss for lack of personal jurisdiction, which is currently scheduled for hearing on February 25, 2021. The parties' Joint Case Management Conference statement is required to be filed no later than February 24, 2021. Because resolution of the pending motion may result in dismissal of this action, the parties jointly request that the

///

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Joint Motion To Continue Case Management
Conference - Case No. 4:20-cv-07121 DMR

39741\13946580.1

1  Case Management Conference and related deadlines be vacated and reset if appropriate after the
2  Court rules on the Motion to Dismiss.

Dated: February 18, 2021              FARELLA BRAUN + MARTEL LLP

                                      By:  */s/ Stephanie P. Skaff*
                                           Stephanie P. Skaff

                                      Attorneys for Defendants
                                      STAR MAGIC and SHLOMO AYAL

Dated: February 18, 2021              LOSCH EHRLICH & MEYER

                                      By:  */s/ Joseph Ehrlich*
                                           Joseph Ehrlich

                                      Attorneys for Plaintiffs
                                      TANGLE, INC. and RICHARD X. ZAWITZ

In compliance with Civil L.R. 5.1, concurrence in the filing of this document was obtained from Joseph Ehrlich, which shall serve in lieu of his signature on the document.

## [PROPOSED] ORDER

For good cause shown, the Court vacates the Case Management Conference set for March 3, 2021, as well as the related deadline for submission of the Joint Case Management Conference Statement, pending the Court's ruling on defendants' Motion to Dismiss for lack of personal jurisdiction.

Dated: _____, 2021

                                      HON. DONNA M. RYU
                                      United States Magistrate Judge