UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 2/25/2021 | **Time:** 1:31-1:58 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:20-cv-07121-DMR | **Case Name:** Richard X. Zawitz, et al v. Star Magic, et al | |

**For Plaintiff:**
Mark Meyer

**For Defendants:**
Justin Proper

**Deputy Clerk:** Ivy Lerma Garcia           **Court Reporter:** Pamela Batalo-Hebel

### PROCEEDINGS HELD BY ZOOM VIDEO CONFERENCE

1. Defendants' Motion to Dismiss Plaintiffs' Complaint [Docket No. 16] – hearing held, motion is taken under submission

**Order to be prepared by:**
[ ]   Plaintiff          [ ]   Defendant          [X]   Court

cc:  Chambers