Stephanie P. Skaff (State Bar No. 183119)
sskaff@fbm.com
Ashleigh Nickerson (State Bar No. 331056)
anickerson@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Vincent N. Barbera (admitted *pro hac vice*)
barberav@whiteandwilliams.com
Justin Proper (admitted *pro hac vice*)
properj@whiteandwilliams.com
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
Telephone: (215) 864-7137
Facsimile: (215) 789-7595

Attorneys for Defendants
STAR MAGIC and SHLOMO AYAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TANGLE, INC.; RICHARD X. ZAWITZ, <br><br>Plaintiffs,<br><br>vs.<br><br>STAR MAGIC; SHLOMO AYAL,<br><br>Defendants. | Case No. 4:20-cv-07121 DMR<br><br>**MOTION TO WITHDRAW AS COUNSEL AND [PROPOSED] ORDER**<br><br>The Hon. Donna M. Ryu<br>Courtroom 4, Oakland |

Pursuant to Local Rule 11-5(a), the undersigned respectfully request leave to withdraw as counsel of record for Defendants in this matter.

On May 5, 2021, Defendants' Motion to Dismiss was granted by this Court, Judgment was issued, and this matter was closed.

Notice has been given in advance to the client and to counsel for all other parties who have appeared in the case.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

MOTION TO WITHDRAW AS COUNSEL AND [PROPOSED] ORDER - Case No. 4:20-cv-07121 DMR

39741\14114020.1

Dated:  May 17, 2021	FARELLA BRAUN + MARTEL LLP

By: _____
Stephanie P. Skaff
Ashleigh Nickerson

Attorneys for Defendants
STAR MAGIC and SHLOMO AYAL

### [PROPOSED] ORDER PERMITTING WITHDRAWAL

The Court hereby permits Stephanie Skaff and Ashleigh Nickerson and the law firm of Farella Braun + Martel LLP to withdraw as counsel in this matter.

SO ORDERED.

Dated:  _____, 2021

_____
Honorable Donna M. Ryu
United States Magistrate Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

MOTION TO WITHDRAW AS COUNSEL AND [PROPOSED] ORDER - Case No. 4:20-cv-07121 DMR

2

39741\14114020.1