UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 9 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD X. ZAWITZ; TANGLE, INC., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> SHLOMO AYAL; STAR MAGIC, <br><br> Defendants-Appellees. | No. 21-15856 <br><br> D.C. No. 4:20-cv-07121-DMR <br> Northern District of California, Oakland <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 19), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator